**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____ _____
(State)

Case number (If known): _____ Chapter _____



FILED
JAN 3 1 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | FGV Fresno LP, a California limited partnership | |
| 2. **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | NONE | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 83-4133824 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 18022 Cowan | |
| Number    Street | Number    Street |
| Suite 102 | |
| | P.O. Box |
| Irvine          CA    92614 | |
| City            State    ZIP Code | City           State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Orange | |
| County | Number    Street |
| | |
| | City           State    ZIP Code |

5. **Debtor's website** (URL) _____

Debtor    **FGV Fresno LP**    Case number (if known)_____
         Name

### 6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☒ Partnership (excluding LLP)
☐ Other. Specify: _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
5 3 1 1 1 0

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **FGV Fresno LP**
      Name

Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
         District _____ When __/__/____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
          District _____ When __/__/____
          Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
          Number    Street
    _____
          City                        State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

Debtor  FGV Fresno LP
_____    Case number (if known)_____
       Name

13. **Debtor's estimation of available funds**

    *Check one:*

    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49
    ☒ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☒ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☒ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  1-30-23
                 MM / DD / YYYY

    X _____    Scott Krentel
    Signature of authorized representative of debtor    Printed name

    Title  Authorized Representative, The Group of Companies, Inc, General Partner of FGV Fresno LP

Debtor  FGV Fresno LP
       Name

Case number (if known) _____

**18. Signature of attorney**

X _[signature]_  Date 01/30/2023
Signature of attorney for debtor                  MM / DD / YYYY

James C Wolf

Printed name
James C Wolf Esq

Firm name
1320 Van Beurden Drive Second Floor
Number    Street

Los Osos                          CA         93412
City                              State      ZIP Code

1-805-704-2404                    jwolf805@outlook.com
Contact phone                     Email address

135788                            CA
Bar number                        State

**Fill in this information to identify the case:**

Debtor name __FGV Fresno LP__

United States Bankruptcy Court for the: __Central__ District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Custom Private Security<br>446 E Vine Street<br>Stockton, CA 95202 | Rajesh Patti<br>1-888-217-8020 | Trade debt | | | | $52,000 |
| 2 | Central Valley Pro Builders<br>5552 Bear Creek Dr<br>Catheys Valley, CA 95306 | Brian Keys<br>(209) 761-5500 | Trade debt | | | | $139,500 |
| 3 | Beach Freeman Lim & Cleland<br>18022 Cowan, Suite 103<br>Irvine, CA 92614 | Douglas Beach<br>(310) 447-1234 | Professional Services | | | | $9,209 |
| 4 | Dixon & Associates<br>620 DeWitt suite 101<br>Clovis, CA 93612 | Aaron Spray<br>(559) 297-4200 | Professional Services | Disputed | | | $5,500 |
| 5 | Valley Remodel & Rehab Inc<br>825 Topeka Ave,<br>Fresno, CA 93721 | Brian Biglione<br>(559) 237-3188 | Trade Debt | Disputed | | | $10,000 |
| 6 | Steven Hrdlicka Attorney<br>555 W. Shaw Ave. Suite C-1<br>Fresno, CA 93704 | Steven Hrdlicka<br>(559) 485-1453 | Professional Services | | | | $7,800 |
| 7 | Hamilton Pacific Properties Inc<br>2033 San Elijo Ave # 143<br>Cardiff by the Sea, CA 92007 | Gary Hamilton<br>(858) 495-0200 | Construction Mgt | Disputed | | | $40,000 |
| 8 | River Drive Properties<br>3174 Collins Dr Suite B<br>Merced CA 95348 | Denise Turner<br>(209) 455-7122 | Property Management | | | | $96,000 |

Debtor: FGV Fresno LP

Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Beaumont 1600, LLC<br>PO Box 55317<br>Riverside, CA 92517 | Douglas Beach<br>(310) 447-1234 | Loan | | | | $3,000,000 |
| 10 | Fresno County Tax Collection<br>2281 Tulare St<br>Fresno, CA 93724 | Oscar J. Garcia<br>(559) 600-3482 | Property Tax | Disputed | | | $80,000 |
| 11 | Valley Air Conditioning & Repair<br>825 S. Topeka Ave<br>Fresno, CA 93721 | Steve James<br>(559) 237-3188 | Trade debt | Disputed | | | $5,000 |
| 12 | PG and E<br>P.O. Box 997300<br>Sacramento, CA 95899 | Customer Service<br>(800) 743-5000 | Trade Debt | | | | $5,800 |
| 13 | Cruz Ceja Flooring<br>1471 N Peach Ave 107<br>Fresno, CA 93727 | Cruz Ceja<br>Unknown | Trade Debt | Disputed | | | $5,400 |
| 14 | James Wolf<br>P.O. Box 7095<br>Los Osos, CA. 93412 | James Wolf<br>(805) 416-0509 | Professional Services | | | | $10,000 |
| 15 | City of Riverside Utilities<br>3901 Orange Street<br>Riverside, CA 92501 | Customer Service<br>(951) 782-0330 | Trade Debt | | | | $1,250 |
| 16 | Anthony Howell<br>5856 W. Garland Ave.<br>Fresno, CA 93722 | Anthony Howell<br>(559) 408-9132 | Trade Debt | | | | $2,600 |
| 17 | Prestige Worldwide Inc. DBA Vanguard Cleaning<br>5301 Office Park Drive Suite 220<br>Bakersfield, CA 93309 | Customer Service<br>(661) 395-3009 | Trade Debt | | | | $2,300 |
| 18 | Sal Bolanos<br>PO Box 28307<br>Fresno, CA 93729 | Salvador Bolanos<br>(559) 660-5363 | Trade Debt | | | | $1,000 |
| 19 | Advanced IPM<br>1110 Melody Lane<br>Roseville, CA 95678 | Customer Service<br>(800) 655-3993 | Trade Debt | | | | $1,200 |
| 20 | Plaintiffs in McGrue v. Bernaldo case # 19CECG03950 pending in Superior Court, Fresno County, California | Margaret Elder, Esq<br>(559) 317-1008 | Litigation | Disputed | | | unknown |

United Security Bank
2126 Inyo Street
Fresno, CA 93721


Wanger Jones Helsley PC
265 E River Park Circle Suite 310
Fresno, California 93720


American Custom Private Security
446 E Vine Street
Stockton, CA 95202


Central Valley Pro Builders
5552 Bear Creek Dr
Catheys Valley, CA 95306


Beach Freeman Lim Cleland LLP
18022 Cowan Suite 103
Irvine, CA 92614


Dixon Associates
620 DeWitt Suite 101
Clovis, CA 93612


Valley Remodel Rehab Inc
825 Topeka Ave
Fresno, CA 93721


Steven Hrdlicka
555 W Shaw Ave Suite C1
Fresno, CA 93704

All Weather Heat Plumbing
2370 W Cleveland Ave Suite 133
Madera, CA 93637

Valley Air Conditioning Repair
825 S Topeka Ave
Fresno, CA 93721

Aligned Fencing Inc
5941 E Montecito Ave
Fresno, CA 93727

PGE
PO Box 997300
Sacramento, CA 95899

Jeffrey W. Broker, Esq.
Broker & Associates PC
18111 Von Karman Ave Suite 460
Irvine, CA  92612

Cruz Ceja Flooring
1471 N Peach Ave Suite 107
Fresno, CA 93727

Anthony Howell
5856 W Garland Ave
Fresno, CA 93722

James Wolf
PO Box 7095
Los Osos, CA 93412

Prestige Worldwide Inc DBA
Vanguard Cleaning Systems
5301 Office Park Drive Suite 220
Bakersfield, CA 93309


Sal Bolanos
PO Box 28307
Fresno, CA 93729


Advanced IPM
1110 Melody Lane
Roseville, CA 95678


Michael Scott
6815 W Wrenwood Lane
Fresno, CA 93723


San Joaquin Chemicals Inc
PO Box 1280
Suisun City, CA 94585


Valley Elevator Inc
90 E Escalon Ave Suite 109
Fresno, CA 93710


Adrian Sons Carpet Cleaning
4722 E Kerckhoff
Fresno, CA 93702

Matson Alarm Co Inc
581 W Fallbrook Ave Suite 100
Fresno, CA 93711


Hoffman Security
2301 Aviation Dr
Atwater, CA 95301


Hamilton Pacific Properties
2033 San Elijo Ave Suite 143
Cardiff by the Sea, CA 92007


River Drive Properties
3174 Collins Dr Suite B
Merced CA 95348


Beaumont 1600 LLC
18111 Von Karman Ave Suite 460
Irvine, CA 92612


The Group of Companies Inc
PO Box 55317
Riverside, CA 92517


Fresno County Tax Collection
2281 Tulare St
Fresno, CA 93724


City of Riverside
Public Utilities
3901 Orange Street
Riverside, CA 92501

ATT
208 S Akard Street Suite 2954
Dallas, TX 75202


Elder & Spencer, LLP
8050 North Palm 300
Fresno, CA 93711