Robert P. Goe - State Bar No. 137019
Reem J. Bello – State Bar No. 198840
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
rbello@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for FGV Fresno LP,
a California limited partnership

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FGV Fresno LP,<br>a California limited partnership,<br><br>Debtor. | Case No. 8:23-bk-10170-SC<br><br>Chapter 11<br><br>**DEBTOR'S STATUS CONFERENCE REPORT AND DECLARATION OF DOUGLAS BEACH IN SUPPORT THEREOF**<br><br>**Status Conference**<br>Date:  April 12, 2023<br>Time:  1:30 p.m.<br>Courtroom: 5C *(Virtual)*<br>Location:  411 West Fourth Street<br>  Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES IN INTEREST:**

FGV Fresno, LP, a California limited partnership, Debtor and Debtor-in-Possession (the "Debtor"), submits its Status Report.

Attached as **Exhibit A** is the Debtor's line-item budget for the first 60 days of the bankruptcy, February 1, 2023 through March 31, 2023, which is being funded by Debtor's equity holders.

1

1. **EVENTS THAT LED UP TO AND CAUSED THE FILING.**

The Debtor owns a 2 Story, 56,760 sq. ft., apartment building, on 2.1271 acres, consisting of 93 units of affordable apartments (the "Property"), which are desperately needed in California. The Property's rehabilitation is approximately 88% complete, which will eventually house 250 low-income residents. As there are currently no tenants, Debtor's expenses are being funded by its members.

Debtor's primary secured creditor United Security Bank (the "Bank") filed a complaint to appoint a receiver on January 4, 2023, claiming that it is owed approximately $3.8 million. This Chapter 11 bankruptcy case was filed prior to the hearing on the Bank's motion for the appointment of a receiver. The Debtor disputes the amount of the Bank's claim based on among other things, there is approximately $1 million in undisbursed funds under the loan.

2. **STATUS OF DEBTOR'S POST PETITION OPERATIONS, ITS MAJOR ASSSETS AND LIABILITIES.**

The Debtor's major asset is the Property, which it values at approximately $9,000,000, as is and $16,800,00 as completed. The Debtor has scheduled multiple other litigation claims against the Bank, the seller of the Property and others.

The Debtor purchased the Property December 2018. At the time of the purchase the Property it was the Debtor's intention to rehabilitate the Property. Due to complications removing the tenants from the Property coupled with the Covid 19 Pandemic, the Debtor's efforts to complete the rehabilitation of the Property was delayed.

As noted below, the Debtor has listed the Property for sale, which will generate sufficient funds to pay all creditors in full.

3. **STATUS OF PRE-PETITION AND POST-PETITION LITIGATION.**

The Debtor is not involved in post-petition litigation and is a defendant in multiple pre-petition litigation actions. All of the actions were stayed as to the Debtor, and none of the litigation parties have filed a request for relief from the automatic stay.

At the time of the Debtor's purchase of the Property in December 2018, seller the Bernaldo Family Trust ( "Seller") failed to disclose it was a defendant in landlord/tenant actions for alleged

substandard maintenance of the Property. Once the plaintiffs discovered the Debtor purchased the Property, the plaintiff's added the Debtor as a defendant (the "Habitability Actions"). Debtor took immediate actions to repair the Property and believe the Habitability Actions are moot and there are no damages.

In addition to the Habitability Action, the Debtor is a defendant in the following actions:

- Hamilton Pacific Properties v. FGV Fresno LP. – A complaint for breach of contract filed by one of its former construction superintendents; and
- Fredrick Bowling v. FGV Fresno LP, et al.—Complaint regarding habitability, and for personal injury.

4. **DEBTOR'S POTENTIAL AVOIDANCE ACTIONS AS DESCRIBED IN 11 U.S.C. §§ 544-550.**

Currently, the Debtor is not aware of any potential avoidance actions.

5. **EMPLOYMENT OF DEBTOR'S COUNSEL.**

On March 1, 2023, the Debtor filed its Application to Employ the firm of Goe Forsythe & Hodges LLP, as its General Bankruptcy Counsel [Docket No. 34].

On March 21, 2023, the Court entered its Order Granting Debtors' Application for Authority to Employ Goe Forsythe & Hodges LLP, as its General Bankruptcy Counsel [Docket No. 42].

6. **EMPLOYMENT OF OTHER PROFESSIONALS**

On March 27, 2023, the Debtor filed its Application to Employ the Mogharebi-Ozen Company as Real Estate Broker and its Notice of Opportunity to Request a Hearing (Docket Number 46) to list and sell the Property. The last date for parties to file an objection is April 12, 2023.

7. **DEBTOR'S COMPLIANCE WITH ITS DUTIES UNDER 11 U.S.C §§ 521, 1106 AND 1107.**

The Debtor is compliant with its duties under 11 U.S.C. §§521, 1106 and 1107.

8. **IS THE CASE A SMALL BUSINESS CASE UNDER 11 U.S.C. §101(51D)?**

Not applicable.

3

**9.    IS THE CASE A SINGLE ASSET REAL ESTATE CASE UNDER 11 U.S.C. §101(51B)?**

The Debtor's Schedule A/B lists $29,196,000 in assets other than its interest in the Property and counsel is currently reviewing the issue.

**10.    PROPOSED DEADLINE FOR FILING AND SERVING DISCLOSURE STATEMENT AND PLAN.**

The Debtor proposes July 31, 2023, as its deadline for filing and serving its Disclosure Statement and Plan.

**11.    PROPOSED DEADLINE FOR FILING PROOFS OF CLAIMS.**

On March 14, 2023, the Debtor filed its Motion to Set May 19, 2023, as the last date for general creditors to file Proofs of Claim [Docket No. 36]. An Order approving the Motion was entered on March 14, 2023 [Docket No. 37].

The Notice of Claims Bar Date was served and filed on March 14, 2023 [Docket No. 38].

**12.    PROPOSED DEADLINE FOR FILING OBJECTIONS TO CLAIMS.**

The Debtor proposes January 15, 2024, as the last date to file objections to Proofs of Claims.

**13.    PROPOSED DEADLINE FOR FILING AVOIDANCE ACTIONS.**

The Debtor will abide by the Section 546 deadline.

Dated: March 29, 2023

Respectfully submitted by
**GOE FORSYTHE & HODGES LLP**

By: /s/Robert P. Goe
Robert P. Goe
Reem J. Bello
Counsel for FGV Fresno LP
a California limited partnership,

**DECLARATION OF DOUGLAS BEACH IN SUPPORT OF THE DEBTOR'S STATUS REPORT**

I, Douglas Beach, declare and state:

I am the Vice President of The Group of Companies, Inc., General Partner of FGV Fresno, LP, a California limited partnership (the "Debtor") in this bankruptcy proceeding. I have personal knowledge of the facts alleged herein and if called upon as a witness, I could and would competently testify thereto. I make this declaration in support of the Debtor's Status Report (the "Report") for the April 12, 2023, Status Conference.

1. I reviewed the Report to which this Declaration is attached, and to the best of my knowledge the statements discussed therein are accurate and correct. Attached hereto as **Exhibit A** are 60-Day Projections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 29, 2023         By: /s/ Douglas Beach
                              Douglas Beach Vice President of The
                              Group of Companies, Inc., General Partner
                              of FGV Fresno, LP.

# EXHIBIT A

FGV Fresno, LP
Actual and Estimated Cash Flow
February and March 2023

|  | (Actual) Feb-23 | (Estimated) Mar-23 |
|---|---:|---:|
| **Beginning Cash Balance** | - | - |
| *Inflows* | | |
| Capital Contributions | 113,086 | 35,283 |
| Other | - | - |
| Total | 113,086 | 35,283 |
| *Outflows* | | |
| Security | 90,591 | 27,500 |
| Insurance | 2,283 | 2,283 |
| Cleaning/Maintenance | 3,314 | 1,000 |
| Utilities | 10,199 | 2,500 |
| Legal | 1,570 | - |
| Management | 1,594 | 1,500 |
| Trash Hauling | 1,100 | 250 |
| Pest Control | 1,073 | - |
| Repairs | 1,080 | 250 |
| License & Permit | 282 | - |
| Total | 113,086 | 35,283 |
| **Ending Cash Balance** | - | - |

**Preliminary, unaudited and for discussion purposes only**

Exhibit A                                                                                                            Page 1 of 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Suite 210, Irvine, CA 92614.

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S STATUS CONFERENCE REPORT AND DECLARATION OF DOUGLAS BEACH IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 29, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Jeffrey W Broker**    jbroker@brokerlaw.biz
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Kristin T Mihelic**    kristin.t.mihelic@usdoj.gov
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Steven K Vote**    svote@wjhattorneys.com, btippie@wjhattorneys.com

☐    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 29, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 29, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- Documents of 25 pages or less, Delivery to Court is Suspended General Order 21-05

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 29, 2023 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

6

| | | |
|---|---|---|
| **In re FGV Fresno LP**<br>**8:23-bk-10170-SC** | Debtor<br>FGV Fresno LP<br>18022 Cowan, Suite 201<br>Irvine, CA 92614-6866 | United States Trustee (SA)<br>411 West Fourth Street, Ste. 7160<br>Riverside, CA 92701-4500 |
| ATT<br>208 S Akard Street<br>Suite 2954<br>Dallas, TX 75202-4295 | Adrian Sons Carpet Cleaning<br>4722 E Kerckhoff<br>Fresno, CA 93702-2514 | Advanced 1PM<br>1110 Melody Lane<br>Roseville, CA 95678-5193 |
| Aligned Fencing Inc<br>5941 E Montecito Ave<br>Fresno, CA 93727-5532 | All Weather Heat Plumbing<br>2370 W Cleveland Ave, Suite 133<br>Madera, CA 93637-8742 | American Custom Private Security<br>446 E Vine Street<br>Stockton, CA 95202-1116 |
| Anita Bowling<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 | Anthony Howell<br>5856 W Garland Ave<br>Fresno, CA 93722-7549 | Antonio Pulido<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 |
| Beach Freeman Lim Cleland LLP<br>18022 Cowan, Suite 103<br>Irvine, CA 92614-6864 | Beaumont 1600 LLC<br>18111 Von Karman Ave, Suite 460<br>Irvine, CA 92612-7152 | Beaumont 1600, LLC<br>18022 Cowan, Suite 103<br>Irvine, CA 92614-6864 |
| California Dept of Fee & Tax Admin<br>PO Box 142879<br>Sacramento, CA 94279-0001 | Central Valley Pro Builders<br>5552 Bear Creek Dr<br>Catheys Valley, CA 95306-9715 | Charles Wherry<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 |
| City of Riverside<br>Public Utilities<br>3901 Orange Street<br>Riverside, CA 92501-3610 | Cruz Ceja Flooring<br>1471 N Peach Ave, Suite 107<br>Fresno, CA 93727-2072 | Curtis Malone<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 |
| Cynthia Turner<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 | Denise Turner, President<br>Riverdrive Properties<br>3174 Collins Dr, Suite B<br>Merced, CA 95348-3154 | Dixon Associates<br>620 De Witt, Suite 101<br>Clovis, CA 93612-1861 |
| Elder & Spencer, LLP<br>8050 North Palm Ave, Ste 300<br>Fresno, CA 93711 | Franchise Tax Board<br>Section MS A-30<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Francine Ward<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 |

| | | |
|---|---|---|
| 1 | | |
| 2 | Frank Chancelor<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 | Fresno County Tax Collection<br>2281 Tulare St<br>Fresno, CA 93721-2105 | Fresno Irrigation District<br>2907 S Maple Avenue<br>Fresno, CA 93725-2218 |
| 3 | | | |
| 4 | Hamilton Pacific Properties<br>2033 San Elijo Ave, Suite 143<br>Cardiff by the Sea, CA 92007-1726 | Hamilton Pacific Properties<br>Attn: Gary Hamilton<br>2033 San Elijo Ave, Suite 143<br>Cardiff by the Sea, CA 92007-1726 | Hoffman Security<br>2301 Aviation Dr<br>Atwater, CA 95301-5120 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | James Latham<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 | James Wolf<br>PO Box 7095<br>Los Osos, CA 93412-7095 |
| 9 | | | |
| 10 | Jeffrey W Broker, Esq.<br>Broker & Associates PC<br>18111 Von Karman Ave, Suite 460<br>Irvine, CA 92612-7152 | Jerry Garcia<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 | Larry Kauffman<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 |
| 11 | | | |
| 12 | | | |
| 13 | Lisa Roberts, Esq.<br>McNamara Ney Beatty Slattery, et al.<br>3480 Buskirk Ave, #250<br>Pleasant Hill, CA 94523-7310 | MGM Property Holdings LLC<br>18022 Cowan, Suite 103<br>Irvine, CA 92614-6864 | Matson Alarm Co Inc<br>581 W Fallbrook Ave, Suite 100<br>Fresno, CA 93711-5519 |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | Michael Scott<br>6815 W Wrenwood Lane<br>Fresno, CA 93723-8134 | PGE<br>PO Box 997300<br>Sacramento, CA 95899-7300 | Phylis McGrue<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 |
| 18 | | | |
| 19 | Prestige Worldwide Inc dba<br>~~Vanguard Cleaning Systems~~<br>~~5301 Office Park Drive, Suite 220~~<br>~~Bakersfield, CA 93309-0652~~<br>RTS Unable to fwd 03-01-2023-see below | River Drive Properties<br>3174 Collins Dr, Suite B<br>Merced, CA 95348-3154 | Rodney Bernaldo<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 |
| 20 | | | |
| 21 | | | |
| 22 | Ruanne Bernaldo<br>c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA 92647-5998 | Sai Bolanos<br>PO Box 28307<br>Fresno, CA 93729-8307 | San Joaquin Chemicals Inc<br>PO Box 1280<br>Suisun City, CA 94585-1280 |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | Scott Krentel<br>18012 Cowan, Suite 103<br>Irvine, CA 92614-6800 | Steven Hrdlcka<br>555 W Shaw Ave, Suite C1<br>Fresno, CA 93704-2503 | Steven R Hrdlcka<br>555 W Shaw Ave, Suite C1<br>Fresno, CA 93704-2503 |
| 27 | | | |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | The Desert Treasures Trust a/t/d<br>18022 Cowan, Suite 103<br>Irvine, CA 92614-6864 | The Group of Companies, Inc<br>PO Box 55317<br>Riverside, CA 92517-0317 | The Group of Companies, Inc.<br>18022 Cowan, Suite 103<br>Irvine, CA 92614-6806 |
| 3 | | | |
| 4 | Theodore White | | |
| 5 | c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA | United Security bank<br>2126 Inyo Street<br>Fresno, CA 93721-2611 | Valley Air Conditioning Repair<br>825 S Topeka Ave<br>Fresno, CA 93721-2406 |
| 6 | 92647-5998 | | |
| 7 | | | |
| 8 | Valley A1 Electric<br>2429 Wolf Street<br>Merced, CA 95348-3771 | Valley Elevator Inc<br>90 E Escalon Ave, Suite 109<br>Fresno, CA 93710-5138 | Valley Remodel Rehab Inc<br>825 Topeka Ave<br>Fresno, CA 93721-2406 |
| 9 | | | |
| 10 | Vivian Evans | | Summer Shaw |
| 11 | c/o Margaret Elder, Esq.<br>17011 Beach Blvd, Ste 900<br>Huntington Beach, CA | Wanger Jones Helsley PC<br>265 E River Park Circle, Suite 310<br>Fresno, CA 93720-1580 | Shaw & Hanover, PC<br>44-901 Village Ct, Suite B<br>Palm Desert, CA 92260-3814 |
| 12 | 92647-5998 | | |
| 13 | | | |
| 14 | Prestige Worldwide Inc dba<br>Vanguard Cleaning Systems<br>PO Box 12768<br>Bakersfield, CA 93389-2768 | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |